## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Evelyn Padin |
| | : | |
| v. | : | Crim. No. |
| | : | |
| JANE DOE | : | <u>AFFIDAVIT IN SUPPORT OF</u> |
| | : | <u>MOTION TO SEAL/RENAME</u> |
| | : | |
| | : | **To Be Filed Under Seal** |

I, Special Agent ████████████, being duly sworn, depose and state:

1. I am a Special Agent with the U.S. Drug Enforcement Administration (the "DEA") and have been so employed since approximately October 2020. Prior to joining the DEA, I served as a police officer with the Atlanta Police Department from approximately July 2016 to approximately May 2020. During my career as a law enforcement officer, I have participated in various investigations of federal crimes, including unlawful drug trafficking and money laundering, and have, among other things, conducted or participated in surveillance, the execution of search warrants, and debriefings of informants. I have been trained in various aspects of law enforcement, particularly the investigation of narcotics and money laundering offenses. I am familiar with the manner and means in which controlled substances are used, possessed, packaged, and distributed. In addition, I am familiar with the manner and means in which narcotics proceeds are collected, processed, transported, and laundered. Investigations in which I have been involved have resulted in arrests and convictions, as well as seizures of narcotics and narcotics proceeds.

2.      In the course of my duties as a Special Agent with the DEA, I have become familiar with the instant matter.  In particular, the defendant Jane Doe ████████████████████████████████, which could place her in danger if the case is not docketed as <u>U.S. v. Jane Doe</u> and the docket entries for ██████████ ████████████████████████████████████████████████████. Additionally, the Government's ongoing investigation may be jeopardized if Jane Doe's ████████████████████████████████████████ ████████████████.

3.      Since ████████████████████████, law enforcement has been ████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ██████████████████████████████████     ██████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████.

4.      ██████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████

5. ████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

6. ████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████ Accordingly, law enforcement is

concerned that if ██████████████████████████ Jane Doe's and her

family's safety could be at risk. ████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████

7.   █████████████████████████████████

████████████████████████████████████████

███████████████████████

_____

██████████████
Special Agent
DEA